# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTEREY RESEARCH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS N.V. AND STMICROELECTRONICS, INC., <br><br> Defendants. | Civil Action No. |

## MONTEREY RESEARCH, LLC'S RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Plaintiff Monterey Research, LLC states as follows:

1. Monterey Research, LLC's parent company is IPValue Management, Inc.

2. No publicly traded company owns ten percent (10%) or more of Monterey Research, LLC's stock.

Respectfully submitted,

FARNAN LLP

OF COUNSEL:

Jonas McDavit
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
jmcdavit@desmaraisllp.com

Dated: January 21, 2020

By: */s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Fl
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Monterey Research, LLC*