IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EARLY WARNING SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-_____ |
| | ) | |
| ALIASWIRE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Early Warning Services, LLC ("EWS") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

EWS has no parent corporation. The following publicly held companies own 10% or more of EWS's stock: Bank of America, N.A.; Capital One, N.A.; JPMorgan Chase Bank, N.A.; Wells Fargo Bank, National Association; Truist Bank; U.S. Bank National Association; and PNC Bank National Association.

| | |
|---|---|
| OF COUNSEL: | */s/ John W. Shaw* |
| Steven D. Moore | John W. Shaw (No. 3362) |
| KILPATRICK TOWNSEND | SHAW KELLER LLP |
| & STOCKTON LLP | I.M. Pei Building |
| Two Embarcadero Center, Suite 1900 | 1105 North Market Street, 12th Floor |
| San Francisco, CA 94111 | Wilmington, DE 19801 |
| (425) 576-0200 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| Brian P. O'Donnell | *Attorneys for Plaintiff* |
| Kevin M. Bell | |
| KILPATRICK TOWNSEND | |
| & STOCKTON LLP | |
| 1400 Wewatta Street, Suite 600 | |
| Denver, CO 80202 | |
| (303) 571 4000 | |

Dated: February 10, 2020