# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VAXCEL INTERNATIONAL CO., LTD.,<br><br>        *Plaintiff*,<br>  v.<br><br>HEATHCO LLC,<br><br>        *Defendant*. | C.A. No. _____ |

## VAXCEL INTERNATIONAL CO., LTD.'S FED. R. CIV. P. RULE 7.1 <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, Vaxcel International Co., Ltd. ("Vaxcel") discloses that it has no parent corporation and no publicly held corporation owns 10% or more of stock in Vaxcel.

Dated: February 14, 2020

*/s/ Frederick L. Cottrell III*
Frederick L. Cottrell III (#2555)
Katharine Lester Mowery (#5629)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
mowery@rlf.com

Of Counsel:

R. Mark Halligan
FisherBroyles, LLP
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601
(312) 607-0102
rmark.halligan@fisherbroyles.com

Richard M. Lehrer
FisherBroyles, LLP
109 Normandy Drive
Woodstock, GA 30188
(845) 519-9525
richard.lehrer@fisherbroyles.com

*Attorneys for Vaxcel International Co., Ltd.*