IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTL INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| ALLERGAN PLC, ALLERGAN USA, INC., ALLERGAN, INC., and ZELTIQ AESTHETICS, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff BTL Industries, Inc. ("BTL") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

No publicly held company owns 10% or more of the corporate stock of BTL. BTL is a wholly owned subsidiary of BTL Holdings Limited, which is a privately held company.

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
*Attorneys for Plaintiff*

OF COUNSEL:
J.C. Rozendaal
Michael E. Joffre
Monica R. Talley
Chandrika Vira
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave., NW, Suite 600
Washington, DC 20005
(202) 371-2600

Dated: February 20, 2020