# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRADING COLLECTIVE, LLC., | |
| Plaintiff, | Civil Action No. _____ |
| v. | |
| THE MANE CHOICE HAIR SOLUTION LLC; NATURE GLOW; and LE CHIQUE BOUTIQUE, | **JURY TRIAL DEMAND** |
| Defendants. | |

## PLAINTIFF THE TRADING COLLECTIVE, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff The Trading Collective, LLC certify the following: Plaintiff does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of Plaintiff's stock.

Dated: March 2, 2020

      /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

Mark Berkowitz (*Pro Hac Vice to be filed*)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000
mberkowitz@arelaw.com

*Attorneys for Plaintiff*