# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ETON PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No.: _____<br><br>**JURY TRIAL DEMANDED** |

## EXELA PHARMA SCIENCES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1 the undersigned counsel of record for Plaintiff Exela Pharma Sciences, LLC certifies as follows:

Exela Pharma Sciences, LLC is owned by Exela PharmSci, Inc. Exela PharmSci, Inc. is owned by Exela Holdings, Inc. and Exela PharmSci Private Limited. No publicly-held corporation owns 10% or more of Exela Pharma Sciences, LLC's stock.

Dated: March 16, 2020

By: /s/ *Robert M. Oakes*
Robert M. Oakes (#5217)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Tel: (302) 652-5070
oakes@fr.com

**ATTORNEY FOR PLAINTIFF
EXELA PHARMA SCIENCES, LLC**