IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| TRUSTWAVE HOLDINGS, INC., and | ) |
| SINGAPORE TELECOMMUNICATIONS | ) |
| LIMITED, | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Finjan, Inc. states that it is a wholly owned

subsidiary of Finjan Holdings, Inc., which is a publicly traded company.

                                                    */s/ Karen E. Keller*
                                                    Karen E. Keller (No. 4489)
                                                    Jeff Castellano (No. 4837)
                                                    SHAW KELLER LLP
                                                    I.M. Pei Building
                                                    1105 North Market Street, 12th Floor
OF COUNSEL:                                         Wilmington, DE 19801
Bijal Vakil                                         (302) 298-0700
WHITE & CASE LLP                                    kkeller@shawkeller.com
3000 El Camino Real                                 jcastellano@shawkeller.com
2 Palo Alto Square, Suite 900                       *Attorneys for Plaintiff*
Palo Alto, CA  94306
(650) 213-0300

Dated: March 16, 2020