# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AETHER THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASTRAZENECA AB, ASTRAZENECA PHARMACEUTICALS LP, NEKTAR THERAPEUTICS, and DAIICHI-SANKYO, INC. <br><br> Defendants. | Case No. <br><br> Jury Trial Demanded |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Aether Therapeutics Inc. states that it is privately held and no public entity owns 10% or more of its stock.

Dated: March 18, 2020

Respectfully submitted,

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Of Counsel:
Ronald M. Daignault (*pro hac vice* to be filed)
Chandran Iyer (*pro hac vice* to be filed)
Michael A. Siem (*pro hac vice* to be filed)
GOLDBERG SEGALLA LLP
rdaignault@goldbergsegalla.com
ciyer@goldbergsegalla.com
msiem@goldbergsegalla.com
711 Third Avenue, Suite 1900
New York, New York 10017
Telephone: (646) 292-8700

Richard Juang (*pro hac vice* to be filed)
rjuang@goldbergsegalla.com
GOLDBERG SEGALLA LLP
8000 Maryland Avenue, Suite 640
St. Louis, Missouri 63105
Telephone: (314) 446-3367

Attorneys for Plaintiff *Aether Therapeutics Inc.*