JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# SEPARATE SHEET ATTACHMENT TO JS 44 CIVIL COVER SHEET
# FOR CASES FILED BY JSDQ MESH TECHNOLOGIES LLC

**PENDING:**

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
| 33. | JSDQ Mesh Technologies LLC v. Datto, Inc. | US District Court for the District of Delaware | 1:20-cv-00476 | Maryellen Noreika | Pending |
| 34. | JSDQ Mesh Technologies LLC v. Cambium Networks, Inc. | US District Court for the Northern District of Illinois | 1:20-cv-02854 | Virginia M. Kendall | Pending |
| 35. | JSDQ Mesh Technologies LLC v. Advantech Corporation | US District Court for the Northern District of California | 3:20-cv-03789 | William Alsup | Pending |

**CLOSED:**

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
| 1. | JSDQ Mesh Technologies LLC v. Belair Networks Inc.; Belair Networks, Corp.; Ericsson Inc.; Ericsson Holding II Inc.; Telefonaktiebolaget LM Ericsson; and Ericsson Canada Inc | US District Court for the District of Delaware | 1:12-cv-00847 | Gregory M. Sleet | Closed |
| 2. | JSDQ Mesh Technologies LLC v. Tropos Networks, Inc.; ABB Inc.; ABB Holdings Inc.; and ABB Ltd | US District Court for the District of Delaware | 1:12-cv-01220 | Gregory M. Sleet | Closed |
| 3. | JSDQ Mesh Technologies LLC v. Mesh Dynamics Inc. | US District Court for the District of Delaware | 1:13-cv-00154 | Gregory M. Sleet | Closed |
| 4. | JSDQ Mesh Technologies LLC v. Ruckus Wireless Inc. | US District Court for the District of Delaware | 1:13-cv-00309 | Gregory M. Sleet | Closed |
| 5. | JSDQ Mesh Technologies LLC v. Aruba Networks Inc. | US District Court for the District of Delaware | 1:13-cv-01676 | Gregory M. Sleet | Closed |

| 6. | JSDQ Mesh Technologies LLC v. AT&T Inc.; and Wayport LLC d/b/a AT&T Wi-Fi Services | US District Court for the District of Delaware | 1:14-cv-00408 | Gregory M. Sleet | Closed |
| --- | --- | --- | --- | --- | --- |
| 7. | JSDQ Mesh Technologies LLC v. Bright House Networks LLC | US District Court for the District of Delaware | 1:14-cv-00409 | Gregory M. Sleet | Closed |
| 8. | JSDQ Mesh Technologies LLC v. Cablevision Systems Corporation | US District Court for the District of Delaware | 1:14-cv-00410 | Gregory M. Sleet | Closed |
| 9. | JSDQ Mesh Technologies LLC v. Comcast Corporation; and Comcast Cable Communications LLC | US District Court for the District of Delaware | 1:14-cv-00411 | Gregory M. Sleet | Closed |
| 10. | JSDQ Mesh Technologies LLC v. Time Warner Cable Inc. | US District Court for the District of Delaware | 1:14-cv-00412 | Gregory M. Sleet | Closed |
| 11. | JSDQ Mesh Technologies LLC v. Peabody Bear Run Mining, LLC; El Segundo Coal Company, LLC; Pec Equipment Company, LLC; Peabody Twentymile Mining, LLC; Peabody Midwest Mining, LLC; Peabody Powder River Mining, LLC; Peabody Western Coal Company; Peabody Caballo Mining, LLC; Peabody Natural Resources Company; Peabody Sage Creek Mining, LLC; and West Roundup Resources, LLC | US District Court for the District of Delaware | 1:14-cv-01338 | Gregory M. Sleet | Closed |

| | | | | | |
|---|---|---|---|---|---|
| 12. | JSDQ Mesh Technologies LLC v. Rio Tinto Americas, Inc.; and Kennecott Holdings Corporation | US District Court for the District of Delaware | 1:14-cv-01341 | Gregory M. Sleet | Closed |
| 13. | JSDQ Mesh Technologies LLC v. Feld Entertainment Inc. | US District Court for the District of Delaware | 1:14-cv-01404 | Gregory M. Sleet | Closed |
| 14. | JSDQ Mesh Technologies LLC v. Lazy Days' R.V. Center Inc. | US District Court for the District of Delaware | 1:14-cv-01405 | Gregory M. Sleet | Closed |
| 15. | JSDQ Mesh Technologies LLC v. Newfield Exploration Company; and Newfield Exploration Mid-Continent Inc. | US District Court for the District of Delaware | 1:14-cv-01406 | Gregory M. Sleet | Closed |
| 16. | JSDQ Mesh Technologies LLC v North American Coal Corporation; and Falkirk Mining Company | US District Court for the District of Delaware | 1:14-cv-01407 | Gregory M. Sleet | Closed |
| 17. | JSDQ Mesh Technologies LLC v. International Speedway Corporation | US District Court for the Middle District of Florida | 6:14-cv-01878 | Paul G. Byron | Closed |
| 18. | JSDQ Mesh Technologies LLC v. Sine Networks LLC | US District Court for the Northern District of Texas | 3:15-cv-00582 | Ed Kinkeade | Closed |
| 19. | JSDQ Mesh Technologies LLC v. Ergon, Inc.; and Ergon Refining, Inc. | US District Court for the Southern District of Mississippi | 3:15-cv-00168 | Henry T. Wingate | Closed |
| 20. | JSDQ Mesh Technologies LLC v. Firetide Inc.; and FMC Corporation | US District Court for the District of Delaware | 1:15-cv-00339 | Gregory M. Sleet | Closed |

| | | | | | |
|---|---|---|---|---|---|
| 21. | JSDQ Mesh Technologies LLC v. Aerohive Networks, Inc.; and Sunbelt Beverage Company, LLC | US District Court for the District of Delaware | 1:15-cv-00527 | Gregory M. Sleet | Closed |
| 22. | JSDQ Mesh Technologies LLC v. Silver Spring Networks, Inc.; and Pepco Holdings, Inc. | US District Court for the District of Delaware | 1:15-cv-00805 | Gregory M. Sleet | Closed |
| 23. | JSDQ Mesh Technologies LLC v. Leviton Manufacturing Co. Inc.; and Obvious, LLC | US District Court for the District of Delaware | 1:15-cv-00911 | Gregory M. Sleet | Closed |
| 24. | JSDQ Mesh Technologies LLC v. Digi International Inc.; and Firebreak Canada Corp. | US District Court for the District of Delaware | 1:15-cv-01195 | Gregory M. Sleet | Closed |
| 25. | JSDQ Mesh Technologies LLC v. TECO Energy, Inc.; and Tampa Electric Company | US District Court for the Middle District of Florida | 8:16-cv-00261 | James S. Moody, Jr. | Closed |
| 26. | JSDQ Mesh Technologies LLC v. Fluidmesh Networks, LLC (f/k/a Fluidmesh Networks, Inc.) | US District Court for the District of Delaware | 1:16-cv-00212 | Gregory M. Sleet | Closed |
| 27. | JSDQ Mesh Technologies LLC v. Kourt Security Partners, LLC d/b/a Select Security; and Security Partners, LLC | US District Court for the District of Delaware | 1:16-cv-00321 | Gregory M. Sleet | Closed |
| 28. | JSDQ Mesh Technologies LLC v. S & C Electric Company | US District Court for the Northern District of Illinois | 1:16-cv-09860 | Robert M. Dow, Jr. | Closed |

| 29. | JSDQ Mesh Technologies LLC v. Ultra Electronics Defense, Inc.; and 3e Technologies International, Inc. | US District Court for the District of Delaware | 1:17-cv-00505 | Maryellen Noreika | Closed |
|---|---|---|---|---|---|
| 30. | JSDQ Mesh Technologies LLC v. Cooper Bussmann, LLC; Cooper Power Systems, LLC; and Eaton Corporation | US District Court for the District of Delaware | 1:17-cv-00924 | Gregory M. Sleet | Closed |
| 31. | JSDQ Mesh Technologies LLC v. General Dynamics Mission Systems, Inc. | US District Court for the District of Delaware | 1:18-cv-01929 | Maryellen Noreika | Closed |
| 32. | JSDQ Mesh Technologies LLC v. Nexgrid, LLC | US District Court for the Eastern District of Virginia | 2:20-cv-00086 (3:20-cv-00113) | Robert G. Doumar | Closed |