# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMSCOPE TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSENBERGER SITE SOLUTIONS, ) <br> LLC; ROSENBERGER ASIA PACIFIC ) <br> ELECTRONIC CO., LTD.; ) <br> ROSENBERGER TECHNOLOGIES ) <br> (KUNSHAN) CO. LTD., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. <br><br> **JURY TRIAL DEMANDED** |

## COMMSCOPE TECHNOLOGIES LLC's
## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the following entities are identified as parent corporations or hold at least 10% of the stock of CommScope Technologies LLC: The Carlyle Group, CommScope Holding Company, Inc., CommScope, Inc., and CommScope, Inc. of North Carolina.

| | |
|---|---|
| | */s/ Kelly E. Farnan* |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| Philip P. Caspers | farnan@rlf.com |
| pcaspers@carlsoncaspers.com | Valerie A. Caras (#6608) |
| J. Derek Vangenburgh | caras@rlf.com |
| dvandenburgh@carlsoncaspers.com | Richards, Layton & Finger, P.A. |
| Timothy A. Lindquist | One Rodney Square |
| TLindquist@carlsoncaspers.com | 920 North King Street |
| Dennis C. Bremer | Wilmington, Delaware 19801 |
| dbremer@carlsoncaspers.com | (302) 651-7700 |
| Iain A. McIntyre | |
| imcintyre@carlsoncaspers.com | *Attorneys for Plaintiff CommScope* |
| Tara C. Norgard | *Technologies LLC* |
| tnorgard@carlsoncaspers.com | |
| Carlson, Caspers, Vandenburgh | |
| & Lindquist, P.A. | |
| 225 South Sixth Street, Suite 4200 | |
| Minneapolis, Minnesota 55402 | |
| (612) 436-9600 | |

Dated: August 10, 2020