# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MITAS ENDUSTRI SANAYI TICARET A.S. | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | |
| VALMONT INDUSTRIES, INC. | : | |
| Defendant. | : | |

## RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, I hereby certify that counsel for Plaintiff Mitas Endustri Sanayi Ticaret A.S. ("**Mitas**"), on July 6, 2020, sent a letter to the General Counsel of Defendant Valmont Industries, Inc. ("**Valmont**") notifying Defendant of the nature of Plaintiff's claims, but received no response.  Plaintiff remains unaware of whether Defendant has retained any outside counsel in this matter, let alone Delaware counsel.  Due to the emergency nature of this application, Plaintiff submits its claims at this time and will of course make prompt efforts to attempt to resolve the issues set forth in the accompanying Motion as soon as Delaware counsel enters an appearance on behalf of Defendant in this matter.

September 24, 2020

**KLEHR HARRISON
HARVEY BRANZBURG LLP**

**OF COUNSEL**

Scott S. Balber (*pro hac vice* to be filed)
Robert Dawes (*pro hac vice* to be filed)
HERBERT SMITH FREEHILLS
NEW YORK LLP
450 Lexington Ave, 14th Floor
New York, New York 10017
Tel: (917) 542-7600

/s/ David S. Eagle
David S. Eagle (DE Bar No. 3387)
Sean M. Brennecke (DE Bar No. 4686)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5501
deagle@klehr.com
sbrennecke@klehr.com

Fax: (917) 542-7601
Scott.Balber@hsf.com
Robert.Dawes@hsf.com

*Attorneys for Plaintiff Mitas Endustri Sanayi Ticaret A.S.*

PHIL1 9135201v.1