# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITAS ENDUSTRI SANAYI TICARET A.S. : | Civil Action No. _____ |
| Plaintiff, : | |
| v. : | |
| VALMONT INDUSTRIES, INC. : | |
| Defendant. : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Mitas Endustri Sanayi Ticaret A.S. states: (i) that it is owned 100% by Mitas Yatirim A.S., a company duly authorized and existing under the laws of the Republic of Turkey; and (ii) no publicly held corporation owns 10% or more of its stock.

September 24, 2020

**KLEHR HARRISON
HARVEY BRANZBURG LLP**

**OF COUNSEL**

Scott S. Balber (*pro hac vice* to be filed)
Robert Dawes (*pro hac vice* to be filed)
HERBERT SMITH FREEHILLS
NEW YORK LLP
450 Lexington Ave, 14th Floor
New York, New York 10017
Tel: (917) 542-7600
Fax: (917) 542-7601
Scott.Balber@hsf.com
Robert.Dawes@hsf.com

/s/ David S. Eagle
David S. Eagle (DE Bar No. 3387)
Sean M. Brennecke (DE Bar No. 4686)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 552-5501
deagle@klehr.com
sbrennecke@klehr.com

*Attorneys for Plaintiff Mitas Endustri Sanayi Ticaret A.S.*

PHIL1 9135294v.1