# EXHIBIT A

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY
## COURT NO. 13

**COURT ADDRESS:**
2 PENNS WAY SUITE 203
NEW CASTLE  DE 19720

**CIVIL ACTION NO:**   JP13-20-004049

## CHARLES B SCOTT VS US POSTAL SERVICES

**SYSTEM ID:** @3390597
US POSTAL SERVICES
QUIGLEY BLVD
NEW CASTLE DE  19720

## SUMMONS

**TO THE DEFENDANT(S):**

You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

**IT IS SO ORDERED** this 26th day of August, 2020.

_____C. Rose_____ (SEAL)
Justice of the Peace/Court Official

CONSTABLE NOTES: _____
SERVED ON: _____
_____(DATE & TIME)
CONSTABLE: _____

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Cell phones, pagers, cameras, and other electronic devices are NOT permitted in courthouses or courtrooms without permission of a judge.
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court.  YOU MAY OBTAIN A FORM 50 application from the Court's website at http://courts.state.de.us/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see http://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: http://courtconnect.courts.delaware.gov
JP Civil Form No. 03 (Rev 4/23/20)   Produced by: C. Rose   8/26/2020 1:44 PM

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR NEW CASTLE COUNTY
# COURT NO. 13

**COURT ADDRESS:**
2 PENNS WAY SUITE 203
NEW CASTLE DE 19720

**CIVIL ACTION NO:** JP13-20-004049

## CHARLES B SCOTT, PLAINTIFF

## VS

## US POSTAL SERVICES, DEFENDANT

**Plaintiff Parties:**
PLAINTIFF
SYSTEM ID: @3390595
CHARLES B SCOTT
119 CHESTNUT AVE
APT C-1
ELSMERE, DE 19805

**Defendant Parties:**
DEFENDANT
SYSTEM ID: @3390597
US POSTAL SERVICES
QUIGLEY BLVD
NEW CASTLE, DE 19720

**Other Case Parties:**

## CERTIFICATE OF REPRESENTATION FOR AN ARTIFICIAL ENTITY OR PUBLIC BODY IN CIVIL CASES IN THE JUSTICE OF THE PEACE COURT

**[PLEASE READ THE INFORMATION ON THE BACK OF THIS FORM BEFORE COMPLETING THE FORM.** This certification form must be completed by an officer of the artificial entity or public body as defined by Supreme Court Rule 57, notarized and the **original** forwarded to the **Chief Magistrate, 5 East Pine Street, Georgetown, Delaware 19947, along with the $20 annual fee.** Check or money order should be made payable to the **State of Delaware. Payment may also be made by credit card using the Form 50 Credit Card Processing form (MISC 43).**

NAME OF BUSINESS (please print):_____ Co. ID # @_____
(if previously assigned)

TYPE OF ENTITY; YOU MUST CHECK <u>ONE</u> OF THESE TO BE ELIGIBLE TO USE RULE 57:

☐ DE Corporation        ☐ DE Partnership              ☐ DE Limited Liability Co.
☐ DE Association        ☐ DE Estate                   ☐ DE Trust
☐ DE Public Body        ☐ Foreign Entity, reg. in DE  ☐ DE Entity with Registered Tradename or Title

PRINCIPAL OFFICE ADDRESS                              MAILING ADDRESS (where court notices are to be sent -- if different than principal office address)

_____                        _____
Street Address                                        Street Address

_____                        _____
City          State        Zip                        City          State        Zip

_____                        _____
Telephone     Email Address                           Telephone     Email Address

APPOINTS _____ Agent No. FA_____ (if previously assigned)
         NAMED REPRESENTATIVE

The artificial entity or public body, through signature of an officer on this document, ratifies and confirms that the named representative is authorized to appear on its behalf in all matters before the Justice of the Peace Court, and agrees that it will be bound by the results of that representation. This certification makes the named representative of the artificial entity or public body an agent only for purposes of this representation. By filing a certification, the artificial entity or public body and its named representative are subject to the **sanctions** set forth in Justice of the Peace Court Rules for inappropriate actions.

The artificial entity/public body, through signature of an officer on this document, certifies and affirms:
(1) That the artificial entity/public body is in good standing.
(2) That the named representative has not been disbarred from, or is not currently under suspension or probation with respect to, the practice of law in any state or jurisdiction within the United States; and has not been convicted of a felony or a crime involving dishonesty or false statement in the ten (10) year period immediately prior to the appearance of the named representative in the Court; and has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; and is not an employee whose primary duty is to prosecute or defend Justice of the Peace Court civil actions; and has not had any prior authorization pursuant to this rule revoked by the Chief Magistrate.

(3)(a) That the **OFFICER** is (CHECK ONE):                    (b) That the **NAMED REPRESENTATIVE** is (CHECK ONE):

☐ chief executive, president or chair                          ☐ chief executive, president or chair
☐ vice-president or vice chair                                 ☐ vice-president or vice chair
☐ secretary or assistant secretary                             ☐ secretary or assistant secretary
☐ treasurer or assistant treasurer                             ☐ treasurer or assistant treasurer
☐ trustee of a trust                                           ☐ trustee of a trust
☐ executor or administrator of an estate                       ☐ executor or administrator of an estate
☐ general partner of a limited or general partnership          ☐ general partner of a limited or general partnership
☐ manager or member of a limited liability company             ☐ manager or member of a limited liability company
☐ other officer who may bind the artificial entity             ☐ other officer (specify) _____
(specify) _____

                                                               ☐ full-time employee who has experience in the operations of the artificial entity/public body and knowledge of the necessary facts and law relevant to the action before the Justice of the Peace Court

                                                               ☐ Manager who is responsible for the management of the rental property at issue in the action before the Court

**EXECUTED BY:**_____                      **EXECUTED BY:**_____
         Officer of Artificial Entity or Public Body                    Named Representative
**NAME OF OFFICER (Printed):**_____
SWORN TO AND SUBSCRIBED before me this _____          SWORN TO AND SUBSCRIBED before me this _____
day of _____ A.D. 20_____.            day of _____ A.D. 20_____.


_____                               _____
         Notary Public                                                    Notary Public

JP Civil Form 50 Rev. (1/1/20)

## ARTIFICIAL ENTITY AND PUBLIC BODY *PRO SE* REPRESENTATION IN CIVIL ACTIONS IN THE JUSTICE OF THE PEACE COURT

➢ **What does Supreme Court Rule 57 do?** Rule 57 allows artificial entities or public bodies to file or defend a case and to appear in Justice of the Peace Court without being represented by a duly licensed Delaware attorney. For all purposes related to that representation, the representative is given a temporary and limited right to appear in JP Court for the entity.

➢ **How do I know if I am an artificial entity or public body and can appear in the Justice of the Peace Court without an attorney under Rule 57?** Under Supreme Court Rule 57, an **artificial entity** means any **corporation** incorporated in Delaware or doing business in Delaware pursuant to the provisions of 8 *Del.C.* §371 or the exceptions thereto contained in 8 Del. C. §373, any **limited liability company** defined under the provisions of 6 *Del. C.* §18-101, any **partnership** or **limited partnership** as defined in 6 *Del. C.* §15-101(11) et seq., any **trust** as defined in 12 *Del. C.* §3501 et seq., any **estate** as defined in 12 *Del. C.* §1501 et seq., or other entity which has filed a certificate in the office of the Prothonotary in the County in which it does business designating a tradename or title pursuant to 6 *Del. C.* §3101. **Public body** means any regulatory, administrative, executive, or legislative body of the State or of any political subdivision of the State, including, but not limited to, any board, bureau, commission, department, division, district, agency, authority, or any municipal or county government. **IF YOUR ORGANIZATION DOES NOT FALL UNDER ONE OF THESE CATEGORIES, YOU MAY NOT TAKE ADVANTAGE OF RULE 57 PROVISIONS.** For example, if Joe Jones if a sole proprietor doing business as "Jones Restaurant", Joe Jones must appear himself (or have an attorney represent him) in Justice of the Peace court cases unless he either establishes a corporation, partnership, limited liability company, and/or registers his tradename in the office of the Prothonotary at the Superior Court of the county in which his business is located, and then files a Form 50 along with the annual fee, in the Chief Magistrate's office.

➢ **How can artificial entities or public bodies take advantage of Rule 57?** MOST IMPORTANTLY, J.P. CIV. FORM NO. 50 **MUST** BE COMPLETED, NOTARIZED AND FORWARDED TO THE CHIEF MAGISTRATE, 5 EAST PINE STREET, GEORGETOWN, DELAWARE 19947, ALONG WITH THE $20.00 ANNUAL REGISTRATION FEE. The certificate must be signed by an officer of the artificial entity or public body (the definition of "officer" for Rule 57 is explained below) and the representative (see below), in the presence of a notary public. A $20.00 annual registration fee must be sent with the **original** Form 50 to the Chief Magistrate's office. A check or money order must be made payable to the **State of Delaware**. Payment may also be made by credit card using the **Form 50 Credit Card Processing Form (MISC Form 43)**. *PLEASE BE SURE TO KEEP A COPY OF THE COMPLETED FORM 50 FOR YOUR RECORDS*, and a clocked in copy with you every time you are in Court.

➢ **Does Rule 57 allow an entity to appear without an attorney in all Delaware Courts?** NO. Provisions of Supreme Court Rule 57 only allow an artificial entity to appear without representation by an attorney in the **Justice of the Peace Court.** If a case is appealed to the Court of Common Pleas, artificial entities must be represented by an attorney in that court and other Delaware courts.

➢ **Who can sign the Form 50 certifying the named representative for the artificial entity?** The form 50 must be signed by an **officer** of the artificial entity or public body. To sign as an **officer** under Rule 57, a person must be one of the following: the chief executive; operating, financial, legal or accounting officer of an artificial entity or public body; chair of the governing board, president, treasurer, secretary, vice-president, vice-chair, assistant secretary, assistant treasurer, superintendent, or **other person who performs a major policy making function for the artificial entity or public body**; trustee of a trust; executor or administrator of an estate; general partner of a limited or general partnership; manager of member of a limited liability company; or any other individual designated as an officer by the artificial entity or public body. By signing the form, the officer is **certifying under oath** that the named representative has not been disbarred from, or is not currently under suspension or probation with respect to the practice of law in any State or jurisdiction within the United States; has not been convicted of a felony or crime involving dishonesty or false statement in the ten year period prior to the appearance of the respective in the Court; has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; has not had any prior certification revoked by the Chief Magistrate; and that it is not an employee's primary duty to prosecute or defend Justice of the Peace Court civil actions. **The officer who signed the form has the continuing responsibility to notify the Chief Magistrate's office and the Justice of the Peace Court in which the artificial entity or public body has a case pending of any material change and circumstances affecting the certificate.** This notification must occur within a reasonable time and at least one week prior to any appearance in a Justice of the Peace Court of the officer or employee involved.

➢ **Who can serve as a representative for an artificial entity or public body?** An **officer** as defined in Rule 57 may serve as a **representative** of an artificial entity or public body. In addition, a full-time **employee** who has experience in the operations of the artificial entity or public body and has knowledge of the necessary facts and law relevant to the case before the Justice of the Peace Court, a uniformed officer bringing action on behalf of a public entity to recover a civil penalty pursuant to 21 Del. C. §4101, §4802, or any subsequent civil penalty enacted by the legislature over which the Justice of the Peace Court is granted jurisdiction, or a manager who is responsible for the management of the property at issue in a case before the JP Court may also represent the entity or public body. **A separate form must be filed for each representative.**

➢ **How often does the Form 50 certificate need to be filed?** Form 50 certificates must renewed annually by filing a new Form 50, along with the $20.00 fee, with the Chief Magistrate's office on or before January 15th of each year. To be considered a renewal for the next year, the new Form 50 cannot be filed with the Chief Magistrate's office before December 15th (one month prior to the January 15th date). Certifications accepted on or after December 15th of each year are valid for the remainder of the certification term and also serve as renewal for the one year period following January 14th, unless terminated or revoked. The Chief Magistrate may **revoke** a certification at the Chief Magistrate's discretion, upon review of a certificate or upon recommendation of a Justice of the Peace. *The ability of a non-lawyer to represent an artificial entity or public body in the Justice of the Peace Court ifs a privilege, not a right*. Certificates containing false or fraudulent information shall be forwarded by the Chief Magistrate to the Department of Justice for prosecution or other action and to the Board on the Unauthorized Practice of Law, and representatives and officer signing the Form 50 may be sanctioned under JP Rules for inappropriate actions.

➢ **What should an artificial entity do if the named representative leaves?** When an officer or employee who has been certified to represent an artificial entity or public body leaves the employ of that entity, the entity must notify the Justice of the Peace Court in which an action is pending and the Chief Magistrate's office **in writing immediately upon the termination of the officer or employee.**

JP Civil Form 50 Rev. (1/1/20)

JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE          Alias
IN AND FOR _____ COUNTY
COURT NO _____

COURT ADDRESS                                    CIVIL ACTION NO. JP13-20-004049

Please list plaintiffs and defendants. Add additional party names and addresses on form CF01AP.

**PLAINTIFF(S)** VS. **DEFENDANT(S)**
1) Name: Charles B. Scott          1) Name: U.S. Postal Services
Address: 119 Chestnut Ave           Address: Quigley Blvd
Apt C-1 Elsmere, De.                New Castle, De. 19720
System ID#: 19805-5425              System ID#: (302) 323-2260
Phone: (302) 654-1730               Phone:
Email Address: Charles Scott 9 Gmail.com   Email Address:

**PLAINTIFF(S)** @339095   VS. **DEFENDANT(S)**
2) Name:                             2) Name:
Address:                             Address:
System ID#:                          System ID#:
Phone:                               Phone:
Email Address:                       Email Address:

Plaintiff's Attorney or Agent, if any:   Defendant's Attorney or Agent, if any:
Address:                                 Address:
System ID# (bar#):                       System ID# (bar#):
Phone:                                   Phone:

Check One                                Check One
☐ Individual                             ☐ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)   ☐ Corporation or other Artificial entity (see Supreme Court Rule 57)
                                         Alternate Address ☐ Physical ☐ Mailing ☐ Rental

**Type of Service:** ☑ Court Service
(Check One)        ☐ Special Process Server

**Type of Action:** ☑ Debt        ☐ Replevin        ☐ Trespass        ☐ Summary Possession
(Check One)        ☐ Deficiency Judgment                                (Landlord Tenant)

COMPLAINT-
1. Concise Statement of Facts: (Who, What, When, Where, How?)
The Postal Service didn't deliver the mail to the address, but lost it. Person mailed to, never received the addressed mail

2. Relief Sought:
$ 280.00   Amount of money claimed. (Not including interest)
$          Pre Judgment Interest at or         % legal rate _____ % contractual rate
$ 55.00    Post Judgment Interest at the legal rate   OR contractual rate of _____
$          Court Costs.
$          Other
☐ Possession                          Jury Trial Demanded (Possession only) ☐ Yes ☐ No
☐ Return of personal property  or    Total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper

TO: THE JUSTICE OF THE PEACE COURT
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

8/21/20                              [signature] Charles Scott
Date                                 Plaintiff or Plaintiff's Attorney

II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS; PLEADINGS; MOTIONS AND ORDERS. Rule 3. Commencement of action.
(a) Commencement. A civil action is commenced by filing a complaint and praecipe with the Court in such form as the Court prescribes. Sufficient copies of the complaint shall be filed so that one copy may be served on each defendant. When an action is governed by a special statute, it shall be commenced in the manner prescribed by such statute.

JP Civil Form No. 01 (rev 5/11/20)     VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY
## COURT NO. 13

**COURT ADDRESS:**
2 PENNS WAY SUITE 203
NEW CASTLE DE 19720

**CIVIL ACTION NO:** JP13-20-004049

## CHARLES B SCOTT VS US POSTAL SERVICES

SYSTEM ID: @3390597
US POSTAL SERVICES
QUIGLEY BLVD
NEW CASTLE DE 19720

### DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate:

A. _____  I admit that I owe the debt or claim in the Complaint and <u>DO NOT</u> want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. **You will be giving up your right to a trial and <u>will not have a right to appeal your decision to admit this debt or claim</u>**.)

B. _____  I WANT A TRIAL.

C. _____  **DEBT ACTIONS ONLY**: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars).

D _____  The JP Court, at its discretion, may offer alternative case resolution options by which hearings can be heard remotely, when possible. Please indicate if you have any access to the following:

_____ Internet w/camera (computer or Smartphone)
_____ Email (list email address below)

DATED: _____

_____        _____
(Signature of Defendant)                    (Defendant's Address/Phone No.)

                                            _____
                                            (Defendant's Email address)

_____        _____
(Defendant's Attorney, if any)              (Attorney's Address/Phone No.)

                                            _____
                                            (Attorney's Email Address)

**If you are a corporation (or other artificial entity or public body):**

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50). Or, you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

VIEW YOUR CASE ONLINE: http://courtconnect.courts.delaware.gov
JP Civil Form No. 07 (Rev 4/23/20)    Produced By: C. Rose    Date: 8/26/2020 1:44 PM