IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAJEET, INC. | § | |
| | § | |
| Plaintiff, | § | C.A. NO. _____ |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| NORTONLIFELOCK INC. | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO F.R.C.P. 7.1

Plaintiff KAJEET, INC. hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, stating that it has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: October 2, 2020    Respectfully submitted,

Of Counsel:    FARNAN LLP

Jonathan T. Suder    /s/ Michael J. Farnan
Michael T. Cooke    Brian E. Farnan (Bar No. 4089)
Corby R. Vowell    Michael J. Farnan (Bar No. 5165)
Richard A. Wojcio    919 N. Market St., 12th Floor
FRIEDMAN, SUDER & COOKE    Wilmington, DE 19801
604 East 4th Street, Suite 200    Telephone: (302) 777-0300
Fort Worth, TX 76102    Facsimile: (302) 777-0301
817-334-0400    bfarnan@farnanlaw.com
Fax: 817-334-0401    mfarnan@farnanlaw.com
jts@fsclaw.com
mtc@fsclaw.com    *Attorneys for Plaintiff Kajeet, Inc.*
vowell@fsclaw.com
wojcio@fsclaw.com