# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FISHER & PAYKEL HEALTHCARE LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> FLEXICARE INCORPORATED; FLEXICARE MEDICAL LIMITED, a United Kingdom company; and FLEXICARE (GROUP) LIMITED, a United Kingdom company, <br><br> Defendants. | C.A. No. _____ <br><br> Case Pending in the Central District of California <br> Case No. 8:19-CV-00835-JVS(DFMx) |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of Defendants' Motion for Leave to File Under Seal, Defendants' Motion is **GRANTED**. Defendants' Motion to Transfer, or in the Alternative, to Compel Non-Party DSM to Comply with Defendants' Subpoenas and the Exhibits to the Declaration of Peter Sauer in Support of Defendants' Motion to Transfer, or in the Alternative, to Compel Non-Party DSM to Comply with Defendants' Subpoenas shall be **SEALED**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

RLF1 24101127v.1