IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S and LEO PHARMA INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| GLENMARK PHARMACEUTICALS LTD., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS LEO PHARMA A/S AND
<u>LEO PHARMA INC.'S FED. R. CIV. P. 7.1 STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs LEO Pharma A/S and LEO Pharma Inc. hereby certify as follows:

Plaintiff LEO Pharma A/S is a wholly-owned subsidiary of LEO Holding A/S which is a wholly owned subsidiary of the LEO Foundation. There is no publicly held corporation owning 10% or more of its stock.

Plaintiff LEO Pharma, Inc. is a wholly-owned subsidiary of LEO Pharma A/S. There is no publicly held corporation owning 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Plaintiffs LEO Pharma A/S and LEO Pharma, Inc.*

OF COUNSEL:

Jeffrey Lerner
Alexander Trzeciak
Emily Mondry
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

October 7, 2020