IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., PURDUE PHARMACEUTICALS L.P., and RHODES TECHNOLOGIES, <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC. and ACCORD HEALTHCARE INC. USA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. _____ |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Purdue Pharma L.P., Purdue Pharmaceuticals L.P. and Rhodes Technologies state that they do not have any corporate parents, affiliates and/or subsidiaries that are publicly held.

OF COUNSEL:

John J. Normile
Kelsey I. Nix
Gasper J. LaRosa
Sarah A. Geers
Kevin V. McCarthy
Adam M. Nicolais
JONES DAY
250 Vesey Street
New York, NY  10281
(212) 326-3777

Jason G. Winchester
JONES DAY
77 W. Wacker Drive
Chicago, IL  60601
(312) 269-4373

Pablo D. Hendler
POTOMAC LAW GROUP
1177 Avenue of the Americas, 5th Floor
New York NY 10036
(914) 893-6883

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

October 8, 2020