# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Cedar Lane Technologies Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Livexlive Media, Inc.,**<br><br>Defendant. | Case No. [insert]<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: October 9, 2020    Respectfully submitted,

/s/ Raeann Warner
Raeann Warner
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445
raeann@jcdelaw.com

Isaac Rabicoff
**Rabicoff Law LLC**
(Pro Hac Vice admission pending)
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 9, 2020, via the Court's CM/ECF system.

/s/ Raeann Warner
Raeann Warner