# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORTHOPAEDIC HOSPITAL d/b/a Orthopaedic Institute For Children,<br><br>　　　　　Plaintiff,<br>　v.<br><br>AESCULAP IMPLANT SYSTEMS, LLC,<br><br>　　　　　Defendant. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF ORTHOPAEDIC HOSPITAL d/b/a ORTHOPAEDIC INSTITUTE FOR CHILDREN'S RULE 7.1 STATEMENT

　　Plaintiff Orthopaedic Hospital d/b/a/ Orthopaedic Institute For Children hereby provides its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Orthopaedic Hospital d/b/a/ Orthopaedic Institute For Children hereby has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　**McDermott Will & Emery LLP**

　　　　　　　　　　　　　　　　　　/s/ *Ashley R. Altschuler*

Of Counsel:　　　　　　　　　　　Ashley R. Altschuler (#3803)
　　　　　　　　　　　　　　　　　Ethan H. Townsend (#5813)
Nicole M. Jantzi　　　　　　　　　The Nemours Building
Paul M. Schoenhard　　　　　　　1007 North Orange Street, 10th Floor
McDermott Will & Emery LLP　　Wilmington, DE 19801
The McDermott Building　　　　　(302) 485-3900
500 North Capitol Street NW
Washington, DC 20001　　　　　　*Attorneys for Plaintiff*
(202) 756-8000

October 9, 2020