IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMIRALL, LLC, | ) |
|           Plaintiff, | ) ) ) |
|      v. | ) ) C.A. No. _____ |
| TORRENT PHARMACEUTICALS LTD., | ) ) ) |
|           Defendant. | ) |

## ALMIRALL, LLC'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Almirall, LLC states that it is a wholly-owned subsidiary of its ultimate parent, Almirall, S.A., which is a publicly held company.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

James S. Trainor
R.J. Shea
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 921-2001

Elizabeth B. Hagan, Ph.D.
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
(206) 389-4510

October 9, 2020

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
araucci@mnat.com

*Attorneys for Plaintiff*