IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELADOC HEALTH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| AMERICAN WELL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF TELADOC HEALTH, INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Teladoc Health, Inc. states that it has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  |  |
|  | */s/ Rodger D. Smith II* |
|  | _____ |
|  | Rodger D. Smith II (#3778) |
|  | Cameron P. Clark (#6647) |
|  | 1201 North Market Street |
| OF COUNSEL: | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
| Michael V. Solomita | (302) 658-9200 |
| NORTON ROSE FULBRIGHT US LLP | rsmith@mnat.com |
| 1301 Avenue of the Americas | cclark@mnat.com |
| New York, NY  10019-6022 |  |
| (212) 408-5100 | *Attorneys for Plaintiff Teladoc Health, Inc.* |
|  |  |
| October 12, 2020 |  |