IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUSTAV KLAUKE GMBH., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| HUSKIE TOOLS LLC, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF KLAUKE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Gustav Klauke GmbH ("Klauke") makes the following disclosures:

1. Klauke is a non-governmental corporate party.

2. Below is a list of Klauke's parent corporation(s):

    a. Emerson Climate Technologies GmbH

    b. Emerson Climate Technologies, Inc.

    c. EECO, Inc.

    d. Emerson Electric (U.S.) Holding Corporation

3. Below is a list of any publicly-held corporation(s) that owns 10% or more of Klauke's stock:

    a. Klauke is an indirect, wholly-owned subsidiary of Emerson Electric Co.

4. Klauke understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Plaintiff Gustav Klauke GmbH*

OF COUNSEL:

Richard L. Brophy
Marc Vander Tuig
Kyle Gottuso
ARMSTRONG TEASDALE, LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105
(314) 621-5070

Carla J. Baumel
ARMSTRONG TEASDALE, LLP
4643 S. Ulster Street, Suite 800
Denver, CO  80237
(720) 200-0675

October 14, 2020