IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. R. Grace & Co.-Conn.,<br><br>     Petitioner,<br><br>  v.<br><br>Black Diamond Capital Management, L.L.C.<br>     Serve on Resident Agent:<br>     The Corporation Trust Company<br>     Corporation Trust Center<br>     1209 Orange Street<br>     Wilmington, Delaware 19801<br><br>     Respondent. | Case No. _____ |
| Vertellus Holdings LLC, *et al.*<br><br>     Plaintiffs,<br><br>  v.<br><br>W. R. Grace & Co.-Conn.,<br><br>     Defendant. | Underlying Case:<br><br>Case No. 1:18-CV-03298-SAG-ADC<br><br>United States District Court<br>for the District of Maryland |

**MOTION TO SEAL PETITIONER'S RULE 45 MOTION
TO COMPEL COMPLIANCE WITH SUBPOENA**

W. R. Grace & Co.-Conn. ("Grace"), pursuant to the Federal Rules of Civil Procedure, the Local Rules of the District of Delaware, and the parties' Stipulated Protective Order, respectfully asks the Court for leave to file and maintain under seal the contemporaneously filed Rule 45 Motion to Compel Compliance With Subpoena ("Motion to Compel").

The Court should permit filing under seal because in order to demonstrate the merits of Grace's argument, Grace's Motion to Compel quotes former Vertellus[1] CEO Richard Preziotti's

---

[1] Plaintiffs Vertellus Holdings LLC, Vertellus Integrated Pyridines LLC, Vertellus LLC,

July 30, 2020 and August 21, 2020 depositions that Vertellus has deemed to contain information that is Confidential pursuant to the Stipulated Protective Order in the Underlying Case. Because Vertellus is the primary party designating the subject information confidential, Grace requests the opportunity to meet and confer with Vertellus before submitting a redacted, public version of the Motion to Compel as required by the Administrative Procedures Governing Filing and Service by Electronic Means of this Court.

    WHEREFORE, Grace respectfully requests that the Court grant this Motion and maintain the Motion to Compel under seal up to and including October 21, 2020, at which point Grace will file a redacted, public version of the Motion to Compel, and for all other just and proper relief.

Respectfully submitted,

Dated: October 15, 2020

    /s/ *Darek S. Bushnaq*
Darek S. Bushnaq (Del. Bar No. 5596)
VENABLE LLP
1201 North Market Street
Suite 1400
Wilmington, Delaware 19801
T: (302) 298-3535
F: (302) 298-3550
DSBushnaq@Venable.com

*Attorney for Petitioner W. R. Grace & Co.-Conn.*

---

Vertellus Specialty Chemicals (Nantong) Co., Ltd, and Vertellus Shanghai Trading Co., Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2020, a copy of the foregoing was served on the following persons via Certified Mail, Return Receipt Requested:

Black Diamond Capital Management, L.L.C.
Serve on Resident Agent:
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801
*Respondent*

Jeffrey H. Zaiger
Judd Lindenfeld
Zaiger LLC
432 Park Avenue, Suite 19A
New York, New York 10022
Tel: (917) 572-7701
*Attorneys for Black Diamond Capital Management, L.L.C.*

AND I FURTHER CERTIFY that on this 15th day of October, 2020, a copy of the foregoing was served via regular mail and email upon:

Andrew Jay Graham
Philip M Andrews
Justin Akihiko Redd
Kramon and Graham PA
One South St Ste 2600
Baltimore, MD 21202
410-752-6030 (t)
410-539-1269 (f)
agraham@kg-law.com
pandrews@kg-law.com
jredd@kg-law.com

Deborah Pollack-Milgate
Jessica Lindemann
Leah Seigel
Barnes and Thornburg LLP
11 S. Meridian St.
Indianapolis, IN 46204
317-231-7339 (t)
317-231-7433 (f)
dpollackmilgate@btlaw.com
jlindemann@btlaw.com
lseigel@btlaw.com

Michael D Bonanno
Scott L Watson
Quinn Emanuel Urquhart and Sullivan LLP
1300 I St. NW Ste. 900
Washington, DC 20005
202-538-8000 (t)
202-538-8100 (f)
mikebonanno@quinnemanuel.com
scottwatson@quinnemanuel.com

Mike McNally
Delk McNally LLP
211 South Walnut Street
Muncie, IN 47305
765-896-9495 (t)
888-453-0545 (f)
mcnally@delkmcnally.com

*Attorneys for Plaintiffs in the Underlying Action*

                                              */s/ Darek S. Bushnaq*
                                              Darek S. Bushnaq