IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DERMIRA, INC. and ROSE U, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| PERRIGO PHARMA INTERNATIONAL DAC, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' RULE 7.1(A) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Dermira, Inc. and Rose U, LLC state that:

- Dermira, Inc. is a wholly-owned subsidiary of Eli Lilly and Company ("Lilly").

- No publicly held corporation owns 10% or more of the stock of Lilly.

- Rose U, LLC has no parent corporation and no publicly held corporation owns 10% or more of it.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

Adam L. Perlman
Tiffany C. Weston
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
(202) 637-2200

Arlene L. Chow
Caroline Rivera
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
(212) 906-1200

Brenda L. Danek
Alex M. Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
(312) 876-7700

October 21, 2020

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Plaintiffs Dermira, Inc.
and Rose U, LLC*