JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S

**DEFENDANTS**
Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.

**(b)** County of Residence of First Listed Plaintiff: Foreign
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☒ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. §271

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE: _____   DOCKET NUMBER: See attachment

DATE: 10/23/2020

SIGNATURE OF ATTORNEY OF RECORD: /s/ *Steven J. Balick*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

**SUPPLEMENT TO CIVIL COVER SHEET SECTION VIII (RELATED CASES)**

A. The following cases all have been filed in the District of Delaware and are hereby identified as related cases:

| RELATED CASES | DATE FILED |
| --- | --- |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Zenara Pharma Private Ltd. and Biophore India Pharmaceuticals Private Ltd., Civil Action No. 1:19-cv-01938-LPS | October 11, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Ajanta Pharma Ltd., Civil Action No. 1:19-cv-01939-LPS | October 11, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Teva Pharmaceuticals USA, Inc., Civil Action No. 1:19-cv-01955-LPS | October 15, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Company GmbH and Raks Pharma Pvt. Ltd., Civil Action No. 1:19-cv-01952-LPS | October 15, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Hetero Labs Ltd., Hetero Labs Ltd. Unit-V, Hetero USA, Inc., Hetero Drugs Ltd. and Honour Lab Ltd., Civil Action No. 1:19-cv-01954-LPS | October 15, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Prinston Pharmaceutical Inc., Civil Action No. 1:19-cv-01956-LPS | October 15, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Alkem Laboratories Ltd., Civil Action No. 1:19-cv-01964-LPS | October 16, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc., Civil Action No. 1:19-cv-01965-LPS | October 16, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Unichem Laboratories Ltd., Civil Action No. 1:19-cv-01977-LPS | October 17, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Accord Healthcare Inc., Civil Action No. 1:19-cv-01987-LPS | October 18, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Lupin Limited and Lupin Pharmaceuticals, Inc., Civil Action No. 1:19-cv-01988-LPS | October 18, 2019 |

| RELATED CASES | DATE FILED |
|---|---|
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Apotex Inc., Apotex Corp., Apotex Pharmachem Inc. and Signa S.A. de C.V., Civil Action No. 1:19-cv-02006-LPS | October 23, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc., Civil Action No. 1:19-cv-02007- LPS | October 23, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Optimus Pharma Pvt. Ltd., Civil Action No. 1:19-cv-02008- LPS | October 23, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. MSN Laboratories Pvt. Ltd., MSN Pharmaceuticals Inc. and MSN Life Sciences Pvt. Ltd., Civil Action No. 1:19-cv-02009- LPS | October 23, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd., Civil Action No. 1:19-cv-02024-LPS | October 25, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc., Civil Action No. 1:19-cv-02065-LPS | October 30, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Sandoz Inc. and Sandoz International GmbH, Civil Action No. 1:19-cv-02080-LPS | November 1, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Alkem Laboratories Ltd., Civil Action No. 1:20-cv-01286-LPS | September 24, 2020 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Accord Healthcare Inc. and Intas Pharmaceuticals Ltd., Civil Action No. 1:20-cv-01287-LPS | September 24, 2020 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Unichem Laboratories Ltd., Civil Action No. 1:20-cv-01295-LPS | September 25, 2020 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Lupin Limited and Lupin Pharmaceuticals, Inc., Civil Action No. 1:20-cv-01296-LPS | September 25, 2020 |

| RELATED CASES | DATE FILED |
|---|---|
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals Company GmbH, Raks Pharma Pvt. Ltd., Amneal Pharmaceuticals of New York, LLC and Amneal EU, Ltd., Civil Action No. 1:20-cv-01297-LPS | September 25, 2020 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Optimus Pharma Pvt. Ltd., Civil Action No. 1:20-cv-01332-LPS | October 1, 2020 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Ajanta Pharma Ltd., Civil Action No. 1:20-cv-01335-LPS | October 1, 2020 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc., Civil Action No. 1:20-cv-01365- LPS | October 8, 2020 |

B.  The following cases have been filed in another district, and are hereby identified as related cases:

| RELATED CASES | DATE FILED |
|---|---|
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Accord Healthcare Inc. and Intas Pharmaceuticals Ltd., Civil Action No. 1:19-cv-1072-TDS (M.D.N.C.) (Terminated) | October 18, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Zydus Pharmaceuticals (USA) Inc., Cadila Healthcare Ltd. and Zydus Healthcare (USA) LLC, Civil Action No. 3:19-cv-19394-FLW (D.N.J.) (Terminated) | October 25, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Sandoz Inc. and Sandoz International GmbH, Civil Action No. 1:19-cv-3112-RBJ (D. Colo.) (Terminated) | November 1, 2019 |
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. Accord Healthcare Inc. and Intas Pharmaceuticals Ltd., Civil Action No. 1:20-cv-00878-TDS-JLW (M.D.N.C.) | September 24, 2020 |

4

**C.     The below-referenced related cases are being filed on the same date as the subject complaint, and therefore do not yet have a civil action number or an assigned judge:**

| RELATED CASES | DATE FILED |
|---|---|
| Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S v. MSN Laboratories Pvt. Ltd., MSN Pharmaceuticals Inc. and MSN Life Sciences Pvt. Ltd. (Delaware) | October 23, 2020 |