# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>AUROBINDO PHARMA LTD., and AUROBINDO PHARMA USA, INC.,<br><br>*Defendants.* | Civil Action No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Novartis Pharmaceuticals Corporation (a non-governmental party), certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

Novartis AG, which is the parent company of Novartis Pharmaceuticals Corporation.

ME1 32412361v.1

| | |
|---|---|
| DATED: October 23, 2020 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Daniel M. Silver (#4758) |
| OF COUNSEL: | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| Bruce R. Genderson | 405 N. King Street, 8th Floor |
| Jessamyn S. Berniker | Wilmington, DE 19801 |
| Dov Grossman | T: (302) 984-6300 |
| Christopher Mandernach | dsilver@mccarter.com |
| Tian Huang | ajoyce@mccarter.com |
| Kevin Hoagland-Hansen | |
| Michael Liu | *Attorneys for Plaintiff Novartis* |
| Sarahi Uribe | *Pharmaceuticals Corporation* |
| WILLIAMS & CONNOLLY LLP | |
| 725 Twelfth Street, N.W. | |
| Washington, DC 20005 | |
| T: (202) 434-5000 | |
| F: (202) 434-5029 | |
| bgenderson@wc.com | |
| jberniker@wc.com | |
| dgrossman@wc.com | |
| cmandernach@wc.com | |
| thuang@wc.com | |
| khoagland-hanson@wc.com | |
| mliu@wc.com | |
| suribe@wc.com | |