**CIVIL COVER SHEET ATTACHMENT**

**Related Cases** (Including Present Action)

| Juris. | Date Filed | Case Name | Case Number |
| --- | --- | --- | --- |
| D.Del. | | Moxchange LLC v. Avigilon USA Corporation | Concurrently filed |
| D.Del. | | Moxchange LLC v. Panasonic Corporation of North America | Concurrently filed |
| D.Del. | 8/26/2020 | Moxchange LLC v. ALE USA Inc. | 1:20-cv-01123 |
| D.Del. | 8/26/2020 | Moxchange LLC v. Allied Telesis, Inc. | 1:20-cv-01124 |
| D.Del. | 8/26/2020 | Moxchange LLC v. Belkin International, Inc. | 1:20-cv-01125 (CLOSED) |
| D.Del. | 8/26/2020 | Moxchange LLC v. Proxim Wireless Corporation | 1:20-cv-01126 |
| D.Del. | 8/26/2020 | Moxchange LLC v. Sonim Technologies Inc. | 1:20-cv-01127 |