IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMERSON QUIET KOOL CO. LTD., and
HOME EASY LTD.,

                         Plaintiffs,                      C.A. No._____

        v.                                                **JURY TRIAL DEMANDED**

EMERSON ELECTRIC CO.,

                         Defendant.


## PLAINTIFF QUIET KOOL CO. LTD.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel

states that Emerson Quiet Kool Co. Ltd. does not have a parent corporation.  No publicly-held

corporation owns 10% or more of Emerson Quiet Kool Co. Ltd.'s stock.


 Dated:  October 26, 2020                    **FISH & RICHARDSON P.C.**

                                            */s/ Jeremy D. Anderson*
                                            Jeremy D. Anderson (DE Bar #4515)
                                            222 Delaware Avenue, 17th Floor
                                            P.O. Box 1114
                                            Wilmington, DE  19899-1114
                                            Tel: (302) 652-5070
                                            janderson@fr.com

                                            *Attorneys for Plaintiffs Emerson Quiet Kool*
                                            *Co. Ltd. & Home Easy Ltd.*