IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD., and HOME EASY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERSON ELECTRIC CO., <br><br> Defendant. | C.A. No._____ <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF HOME EASY LTD.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel states that Plaintiff Home Easy Ltd., does not have a parent corporation.  No publicly-held corporation owns 10% or more of Home Easy Ltd.'s stock.

Dated:  October 26, 2020         **FISH & RICHARDSON P.C.**

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (DE Bar #4515)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
Tel: (302) 652-5070
janderson@fr.com

*Attorneys for Plaintiffs Emerson Quiet Kool Co. Ltd. & Home Easy Ltd.*