# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Realm Licensing LLC,**  <br><br>     Plaintiff,  <br><br>     v.  <br><br>**Insightly, Inc.,**  <br><br>     Defendant. | Case No.  <br><br>Patent Case  <br><br>Jury Trial Demanded |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

|  |  |
|---|---|
|  | Respectfully submitted,  <br><br>**GAWTHROP GREENWOOD, PC**  <br>/s/ *David deBruin*  <br>David W. deBruin, Esq. (#4846)  <br>3711 Kennett Pike, Suite 100  <br>Wilmington, DE 19807  <br>Phone: 302-777-5353 |
| Dated: October 28, 2020 | ddebruin@gawthrop.com  <br><br>*Attorneys for Plaintiff*  <br>*Realm Licensing LLC* |

Isaac Rabicoff, Esq.
**Rabicoff Law LLC**
(Pro Hac Vice admission pending)
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 28, 2020, via the Court's CM/ECF system.

/s/ David deBruin
David deBruin