# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| LONE STAR TARGETED ADVERTISING, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>CENTRO, INC.,<br><br>                Defendant. | CASE NO. |

## PLAINTIFF'S RULE 7.1 DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lone Star Targeted Advertising, LLC states the following:  Lone Star Targeted Advertising, LLC is owned by First State Targeted Advertising, LLC.

Dated:  October 26, 2020

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

By /s/ Stamatios Stamoulis
_____

Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

Attorneys for Plaintiff
Lone Star Targeted Advertising, LLC