IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PerdiemCo LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **Agilis Systems, LLC,** <br><br> **Defendant.** | Civil Action No.: _____ <br><br> **JURY TRIAL DEMANDED** |

**<u>PLAINTIFF PERDIEMCO LLC'S RULE 7.1 DISCLOSRUE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PerdiemCo LLC. states that it does not have any parent corporation and that no publicly-traded corporation owns 10% or more of its stock.

OFFIT KURMAN P.A.

By: /s/ *Anthony N. Delcollo*
    Anthony N. Delcollo, Esquire (DE # 5688)
    James D. Berquist, Esq, (*pro hac vice* pending)
    222 Delaware Avenue, Suite 1105
    Wilmington, DE 19801
    P: 302-351-0903
    F: 302-351-0915
    Email: adelcollo@offitkurman.com

    *Attorneys for Plaintiff PerdiemCo LLC.*

Dated: October 29, 2020