# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FALLIEN COSMECEUTICALS LTD., § § | |
| Plaintiff, § § | CIVIL ACTION NO. _____ |
| vs. § § | |
| COOLA LLC., § § | |
| Defendant. § § | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The non-governmental corporate party, Fallien Cosmoceuticals Ltd. ("Fallien"), by its undersigned counsel, hereby makes the following corporate disclosures required by Rule 7.1:

1. Fallien has no parent company and/or publicly held corporation that owns 10% or more of its stock.

Dated: October 29, 2020

**BLANK ROME LLP**

*/s/ Adam V. Orlacchio*
Adam V. Orlacchio (No. 5520)
Brandon W. McCune (No. 6563)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Orlacchio@BlankRome.com
BMcCune@BlankRome.com

OF COUNSEL

Jason Snyderman
(*pro hac vice* forthcoming)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5774
Facsimile: (215) 569-5555
Snyderman@BlankRome.com

Domingo M. LLagostera
(*pro hac vice* forthcoming)
717 Texas Avenue, Suite 1400
Houston, TX 77002
Telephone: (713) 632-8682
Facsimile: (713) 228-6605
DLLagostera@BlankRome.com

**Attorneys for Plaintiff Fallien Cosmeceuticals Ltd.**

103223.00605/124002432v.1